| | |
|---|---|
| 1 | JUSTIN M. MICHITSCH (SBN: 285702) |
| 2 | jmichitsch@grsm.com<br>GORDON REES SCULLY MANSUKHANI, LLP |
| 3 | 101 W. Broadway, Suite 2000<br>San Diego, CA 92101 |
| 4 | Telephone: (619) 696-6700<br>Facsimile: (619) 696-7124 |
| 5 | Attorneys for Defendant |
| 6 | INSIGHT GLOBAL, LLC |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CALBERT ARCHER, an individual, BEAU CARPENTER, an individual, KYLE HERNANDEZ, an individual, and JUAN PEREZ, an individual,<br><br>   Plaintiffs,<br><br>vs.<br><br>MANDEX INC., a corporation, APEX SYSTEMS, LLC, a corporation, INSIGHT GLOBAL, LLC, a corporation, JASON JENSEN, an individual, and DOES 1 through 25, inclusive,<br><br>   Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: **'22CV1077 JLS BLM**<br><br>(Removed from San Diego County Superior Court, Case No. 37-2022-00023173-CU-OE-CTL)<br><br>**DEFENDANT INSIGHT GLOBAL, LLC'S NOTICE OF PARTY WITH FINANCIAL INTEREST (CivLR 40.2)** |

Pursuant to United States District Court, Southern District of California Local Rule 40.2, Insight Global, LLC, a non-governmental corporate entity which is a party to the above-captioned action, hereby submits to this Court, by and through its counsel of record, the following Notice of Party with Financial Interest. As to Insight Global, LLC, it hereby identifies the following:

   a. IG Staffing Holdings, LLC, has a 100% membership interest in Insight Global, LLC.

|   |   |
|---|---|
| Dated: July 22, 2022 | GORDON REES SCULLY MANSUKHANI, LLP |
|   | By:  /s/ Justin M. Michitsch  |
|   | Justin M. Michitsch, Esq. |
|   | Attorneys for Defendant |
|   | INSIGHT GLOBAL, LLC |