UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALBERT ARCHER, an individual; BEAU CARPENTER, an individual; KYLE HERNANDEZ, an individual; and JUAN PEREZ, an individual,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>MANDEX INC., a corporation; APEX SYSTEMS, LLC, a corporation; INSIGHT GLOBAL, LLC, a corporation; JASON JENSEN, an individual; and DOES 1 through 25, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No.: 22-CV-1077 JLS (BLM)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE PURSUANT TO REVISED STIPULATION**<br><br>(ECF No. 16) |

Presently before the Court is the Parties' Revised Stipulation for Dismissal Without Prejudice ("Stip.," ECF No. 16). Per the Stipulation, the Parties agree that the above-named action should "be dismissed without prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs." *Id.* at 1. Good cause appearing, the Court **APPROVES** the Stipulation and **DISMISSES** this action without prejudice as to all claims, causes of action, and parties, with each Party bearing that Party's own attorneys' fees and costs. As this concludes the litigation in this matter, the Clerk **SHALL CLOSE** the file, and all pending dates and deadlines, including the

hearing date on Defendant Insight Global, LLC's Motion to Compel Arbitration (ECF No. 11), are hereby **VACATED**.

      **IT IS SO ORDERED.**

Dated:  August 12, 2022

                                                      Hon. Janis L. Sammartino
                                                      United States District Judge